# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARRY KERSEY

NO. 2023 KW 1233

**FEBRUARY 16, 2024**

---

In Re:   Harry Kersey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-93-1359.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion to access the court and have my structural error and my jurisdictional claims ruled on," filed January 18, 2023, on or before March 15, 2024. A copy of the district court's action shall be filed in this court on or before March 22, 2024.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT